1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Rodolfo Sanchez-Robles

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 UNITED STATES OF AMERICA,       )   Case No. 08MJ1270-02
                                   )
12         Plaintiff,              )
                                   )
13 v.                              )   **CERTIFICATE OF SERVICE**
                                   )
14 RODOLFO SANCHEZ-ROBLES,         )
                                   )
15         Defendant.              )
   _____ )

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Michael L. Crowley
                   mlcrowley@usa.net,lhaigler@sbcglobal.net;
20
                              Neil R. Trop
21                     neiltroplaw@hotmail.com; and

22                           U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
23

24                                          Respectfully submitted,

25

26 DATED:       April 29, 2008              /s/ Gregory T. Murphy
                                            **GREGORY T. MURPHY**
27                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Rodolfo Sanchez-Robles
28