UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1504-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| CESAR YSIDRO RODRIGUEZ-GOMEZ (1), ) RODOLFO SANCHEZ-ROBLES (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about April 23, 2008, within the Southern District of California, defendants CESAR YSIDRO RODRIGUEZ-GOMEZ and RODOLFO SANCHEZ-ROBLES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abraham Reyes-Cesareo, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 5/8/08

KAREN P. HEWITT
United States Attorney

for CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
4/28/08